■ Barbara J. Flaack, Appellant, v Y.R. Tavarez-Estevez et al., Respondents. [40 NYS3d 272]—In an action to recover dam-

ages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Suffolk County (Molia, J.), dated September 11, 2015, which granted the defendants' motion for summary judgment dismissing the complaint on the ground that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d) as a result of the subject accident.

Ordered that the order is affirmed, with costs.

The defendants met their prima facie burden of showing that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d) as a result of the subject accident (*see Toure v Avis Rent A Car Sys.*, 98 NY2d 345 [2002]; *Gaddy v Eyler*, 79 NY2d 955, 956-957 [1992]). They submitted competent medical evidence establishing, prima facie, that the alleged injury to the lumbar region of the plaintiff's spine was not caused by the subject accident (*see Gouvea v Lesende*, 127 AD3d 811 [2015]; *Fontana v Aamaar & Maani Karan Tr. Corp.*, 124 AD3d 579 [2015]; *see generally Jilani v Palmer*, 83 AD3d 786, 787 [2011]). In opposition, the plaintiff failed to raise a triable issue of fact.

Accordingly, the Supreme Court properly granted the defendants' motion for summary judgment dismissing the complaint. Dillon, J.P., Hall, Sgroi, Miller and Brathwaite Nelson, JJ., concur.